UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

    Plaintiff

vs.                 Civil No.  4:08cv302-SPM/WCS

**MISCELLANEOUS ELECTRONIC**
**EQUIPMENT AND ACCESSORIES**

    Defendant
_____/

### DECREE OF FORFEITURE

   This matter is before the Court on Doc. 4, Motion for Forfeiture of Property, filed by the United States of America.  On July 7, 2008, a Verified Complaint of Forfeiture In Rem against the defendant property, Miscellaneous Electronic Equipment and Accessories, was filed on behalf of the Plaintiff, United States of America.  The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 17 U.S.C. §§ 506(b) and 509.

   It appears that process was fully issued in this action according to law:

   That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning July 8, 2008, pursuant to Rule G (a)(4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

   That on July 29, 2008, Charles Hobbs, attorney for Michael Robinson, received notice of this forfeiture action.

   That no person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Miscellaneous Electronic Equipment and Accessories, as described in the Verified Complaint for Forfeiture In Rem, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant's property shall be disposed of according to law.

**DONE AND ORDERED** this <u>second</u> day of October, 2008.

<u>  *s/ Stephan P. Mickle*  </u>
Stephan P. Mickle
United States District Judge